AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| WILLIAM D. MALLON, JR.<br><br>*Plaintiff*<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION LLC<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 3:11CV248<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   EXPERIAN INFORMATION SOLUTIONS, INC.
David N. Anthony, Registered Agent
1001 Haxall Point
Richmond, Virginia 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Leonard A. Bennett, Esq.
Consumer Litigation Associates, P.C.
12515 Warwick Blvd., Ste 100
Newport News, Virginia 23606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **April 19, 2011**

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| WILLIAM D. MALLON, JR. | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 3:11CV248 |
| EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION LLC | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TRANS UNIONS, LLC
Corporation Service Company, Registered Agent
11 S. 12 Street
Richmond, Virginia 23218

COPY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Leonard A. Bennett, Esq.
Consumer Litigation Associates, P.C.
12515 Warwick Blvd., Ste 100
Newport News, Virginia 23606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: April 19, 2011

_____
*Signature of Clerk or Deputy Clerk*