IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WILLIAM D. MALLON, JR.,

      Plaintiff,

v.                                          **Civil No.  3:11-cv-00248-JAG**

EXPERIAN INFORMATION SOLUTIONS,
INC., and TRANS UNION, LLC,

      Defendants.


**DEFENDANT TRANS UNION LLC'S**
**FINANCIAL INTEREST DISCLOSURE STATEMENT**


1.      Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Trans Union LLC in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:  TransUnion Corp.

2.      In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Trans Union LLC hereby discloses to the Court as follows:

      a.      Trans Union LLC is wholly owned by TransUnion Corp., a Delaware Corporation.

      b.      No public company owns 10 percent or more of the stock in Trans Union LLC.

Respectfully submitted,

/s/ _____
Michael R. Ward
Virginia State Bar 41133
Attorney for Defendant Trans Union LLC
Morris & Morris, P.C.
PO Box 30
Richmond, VA 23218
(804) 344-8300
(804) 344-8539 Fax
mward@morrismorris.com

DATED:  May 16, 2011.

## CERTIFICATE OF SERVICE

I hereby certify that on the 16 day of May, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record registered to use the CM/ECF system in this action, as follows:

Leonard Anthony Bennett
lenbennett@cox.net
Susan M. Rotkis
srotkis@clalegal.com
Consumer Litigation Assoc PC
12515 Warwick Blvd, Suite 100
Newport News, VA 23606
*Counsel for Plaintiff*

Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
112-A West Tabb Street
Petersburg, VA 23803
dale@pittmanlawoffice.com
*Counsel for Plaintiff*

I further certify that I will cause a copy of the foregoing Motion and corresponding NEF by electronic mail on the following non-filing user:  None

/s/ _____
Michael R. Ward
Virginia State Bar 41133
Attorney for Defendant Trans Union LLC
Morris & Morris, P.C.
PO Box 30
Richmond, VA 23218
(804) 344-8300
(804) 344-8539 Fax
mward@morrismorris.com

2