IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

William D. Mallon, Jr.,

    Plaintiff,

v.                                      Civil Action No. 3:11CV248

Experian Information Solutions, Inc., et al.,

    Defendants.

**INITIAL SCHEDULING ORDER**

An initial pretrial conference in this case will be held at 9:00 a.m. on July 12, 2011, in the chambers of the Honorable John A. Gibney, Jr., 701 East Broad Street, Room 6014, Richmond, Virginia. At the conference, the case will be set for trial. Counsel for each party, or, if a party is not represented by counsel, the unrepresented party, shall appear. It is necessary for only one attorney for represented parties to attend the initial pretrial conference, provided that the attorney in attendance is authorized to set the matter for trial on a date certain. Any counsel whose office is more than fifty (50) miles from the U.S. Courthouse in Richmond may attend by conference call. Arrangements for a conference call may be made by calling chambers, 804-916-2870.

No later than twenty-one (21) days before the initial pretrial conference, counsel and any pro se parties shall meet, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, to

formulate a discovery plan for the case. The Rule 26(f) meeting may occur by telephone. Counsel will orally report the results of the Rule 26(f) meeting at the pretrial conference. If the parties agree on a departure from the discovery procedures contained in the Federal Rules of Civil Procedure or the Local Rules, they shall tender an endorsed order at the pretrial conference.

No later than ten days after the Rule 26(f) conference, the parties shall exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a). Absent leave of Court, the initial disclosures must occur, regardless whether a dispositive motion is pending. Disclosures shall be updated pursuant to Fed. R. Civ. P. 26(e). Timely updated disclosures shall include the disclosure of documents and witnesses to be used or offered for impeachment or rebuttal.

It is so ORDERED.

Enter: June 14, 2011

_____/s/_____
John A. Gibney, Jr.
United States District Judge

IF THIS CASE IS SETTLED PRIOR TO THE CONFERENCE, PLEASE CALL CHAMBERS AT (804) 916-2870. THANK YOU.

2